PD-0812-17
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/5/2018 11:40 AM
Accepted 3/7/2018 11:31 AM
DEANA WILLIAMSON
CLERK

IN THE TEXAS COURT OF CRIMINAL APPEALS

JOSHUA GOLLIDAY,            §
  APPELLANT            §
       §
V.            §  NO. PD-0812-17
       §
THE STATE OF TEXAS,            §
  APPELLEE            §

FILED
COURT OF CRIMINAL APPEALS
3/7/2018
DEANA WILLIAMSON, CLERK

## FIRST MOTION FOR EXTENSION OF TIME
## FOR FILING OF STATE'S BRIEF ON THE MERITS

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

The State requests that the Court grant an extension of time for the filing of the State's merit brief in this case. The following allegations are made in support of this motion:

### I.

The court below is the Second Court of Appeals. The style and number of the interim appellate case is *Joshua Golliday v. State,* cause number 02-15-00416-CR. The en banc Fort Worth court reversed the conviction on July 27, 2017. The conviction arose out of a jury trial in the 371st Judicial District Court of Tarrant County, Hon. Vicki Isaaks & Mollee Westfall, presiding. The style and number of the case in the trial court is *The State of Texas v. Joshua Golliday,* cause number 1379815D.

## II.

Appellant was charged with Sexual Assault.  CR. I-6.  Appellant pled not guilty.  CR. I-113.  Appellant was found guilty by the jury.  CR. I-113.  Appellant was sentenced to two years, suspended.  CR. I-113.  Judgment was entered on October 22, 2015.  CR. I-113.

## III.

Appellant filed his notice of appeal on October 30, 2015.  CR. I-122.  No motion for new trial was filed.  Appellant is not incarcerated.

## IV.

The current deadline for filing the State's Brief on the Merits is March 9, 2018.

## V.

No extension has previously been granted regarding the State's Brief on the Merits.

## VI.

Oral argument was not granted.  The submission date in this case is not yet set.  Therefore, this requested extension will not delay submission.

## VII.

The extension is not requested for purposes of delay, but rather to adequately brief the legal issues. The Court granted review of five issues involving numerous items of evidence.

In recent weeks counsel has filed (1) a lengthy reply to the petition for discretionary review in Chapman v. State, No. PD-1244-17; (2) a motion to dismiss in Ex parte Jason Ray Dean, No. C-213-W011235-0508501-A; (3) a motion to dismiss in Ex parte Felix Lyle Cowan, No. C-4-W011249-1492240-A; and (4) a brief in In the Matter of W.Z., No. 02-17-00305-CV.

## VIII.

Additionally, counsel has a brief due on extension on March 19, 2018 in Billiot v. State, No. 02-17-00139-CR. Finally, counsel will be leaving the State for a long-planned vacation on March 7, 2018 and will not return to work until March 15, 2018.

For all of these reasons, counsel requests an additional 30 days – from March 9, 2018 until Monday April 9, 2018 -- in which to file the State's brief on the merits.

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that the Court grant this First Motion for Extension of Time for Filing of State's Merit Brief and extend the time for filing of the State's merit brief for 30 days until Monday April 9, 2018.

Respectfully submitted,

SHAREN WILSON
Criminal District Attorney
Tarrant County, Texas

JOSEPH W. SPENCE, Assistant
Criminal District Attorney
Chief, Post-Conviction

/s/ David M. Curl-
DAVID M. CURL, Assistant
Criminal District Attorney
State Bar No. 05254950
Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, Texas 76196-0201
(817) 884-1687
FAX (817) 884-1672
COAAppellateAlerts@TarrantCountytx.gov

## CERTIFICATE OF COMPLIANCE

There are 453 words in the portions of the document covered by TEX. R. APP. P. 9.4(i)(1).

/s/ David M. Curl
DAVID M. CURL,

## CERTIFICATE OF SERVICE

A true copy of the State's motion has been e-served to opposing counsel, Hon. Joshua Golliday, Mr. Don Hase, at DHnotices@ballhase.com, on this 5th day of March, 2018.

/s/ David M. Curl
DAVID M. CURL,